AO-451 (Rev. 11/91) Certification of Judgment

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

## FOR THE DISTRICT OF OREGON

JUL 0 3 2000

Michael N. Milby
Clerk of Court

CASE NO. 00-69-JO

PAC WEST TRANSPORT SERVICES, INC., etc )

     vs. )

LORENZO BAROSSO BAROSSO, etc., et al )

)

)

)

**MISCELLANEOUS** $B-00-026$

### CERTIFICATION OF JUDGMENT
### FOR REGISTRATION IN
### ANOTHER DISTRICT

I, Donald M. Cinnamond, Clerk of the United States District Court for the District of Oregon, do hereby certify that the attached judgment is a true and correct copy of the original judgment entered in the above entitled action on May 30,2000, as it appears in the records of this court, and that no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedures[1] has been filed.

     IN TESTIMONY WHEREOF, I hereunto subscribe my name and affix the seal of this Court. DATED: June 19, 2000.

DONALD M. CINNAMOND, Clerk

By _____

M. Kirkland, Deputy Clerk

---

[1]The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithdstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.

Entered on the Docket on
5-30-00
DONALD M. CINNAMOND
By_____ TLG _____Deputy

FILED

2000 MAY 25  P 2: 08

CLERK, U.S. DISTRICT COURT
DISTRICT OF OREGON
PORTLAND, OREGON
BY_____ TLG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

1
2
3
PAC WEST TRANSPORT SERVICES,           )   Civil No. CV00-0069 JO
4  INC., an Oregon corporation,          )
                                         )
5               Plaintiff,               )   JUDGMENT
                                         )
6                                        )
7      vs.                               )
                                         )
8  LORENZO BAROSSO BAROSSO, an           )
   individual and resident of the Nation )
9  of Mexico; GRUPO LORBA aka LORBA      )
   INDUSTRIES, S.A. DE C.V, a Mexican    )
10 business association; CARLOS          )
   SALAZAR, an individual dba ALPHA      )
11 ENTERPRISES, a Texas assumed business )
12 name; JOHN and MARY DOES 1-50,        )
   JOHN and MARY DOE PARTNERSHIPS,       )
13 CORPORATIONS OR OTHER                 )
   ENTITIES 1-50;                        )
14                                       )
15              Defendants.              )
   _____)
16

Certified to be a true and correct
copy of original filed in my office.
Date: 6/19/00
Donald M. Cinnamond, Clerk
By:_____, Deputy

17     Based upon the stipulation of counsel and that Stipulated Order Re: Award of Attorney

18 Fees and Dismissal of Claim, it is hereby

19     ORDERED, ADJUDGED AND DECREED as follows:

20     1. Plaintiff Pac West Transport Services, Inc. is hereby awarded judgment against the

21 defendants as follows:
22

23     A. Against defendants Lorenzo Barosso Barosso and Grupo Lorba aka Lorba

24 Industries, S.A. DE C.V., jointly and severally, for judgment in the principal amount of

25 $85,275.47, plus prejudgment and postjudgment interest thereon as follows:
26     1. Prejudgment interest shall accrue at the simple interest rate of 18% per

Page

1 - JUDGMENT

DALE H (HAL) SCHOFIELD, OSB #82018
Attorney at Law
1000 S.W. Vista Avenue, Suite 307
Portland, Oregon 97205
Telephone (503) 226-2671
Facsimile (503) 525-0679

-23-

1  annum, and shall commence to accrue from December 10, 1999, until entry of this judgment.

2        2. Postjudgment interest shall accrue at the simple interest rate of 18% per

3  annum, and shall commence to accrue from the date of entry of this judgment, until paid.

4

5        3. Any payment on the judgment against Carlos Salazar dba Alpha

6  Enterprises under paragraph 1.B shall constitute a satisfaction of this judgment against

7  defendants Lorenzo Barosso Barosso and Grupo Lorba aka Lorba Industries, S.A. DE C.V., pro

8  tanto.

9        B. Against defendant Carlos Salazar dba Alpha Enterprises, for judgment in the

10

11 principal amount of $85,275.47, plus prejudgment and postjudgment interest thereon as follows:

12       1. Prejudgment and postjudgment interest shall accrue at the simple

13 interest rate of 9% per annum; prejudgment interest shall accrue from December 12, 1999 to the

14 date of entry of this judgment; postjudgment interest shall accrue from the date of entry of this

15 judgment, until paid.

16

17       2. Any payment on the judgment against defendants Lorenzo Barosso

18 Barosso and Grupo Lorba aka Lorba Industries, S.A. DE C.V. under paragraph 1.A. shall

19 constitute a satisfaction of this judgment against defendant Carlos Salazar dba Alpha Enterprises,

20 pro tanto.

21       C. Against defendants Lorenzo Barosso Barosso, Grupo Lorba aka Lorba

22

23 Industries, S.A. DE C.V, and Carlos Salazar dba Alpha Enterprises, jointly and severally, as

24 follows:

25       1. For $525.00.

26       2. For Plaintiff's's reasonable attorney fees in the amount of $4,000.00.

Page

   2 - JUDGMENT

DALE H. (HAL) SCHOFIELD, OSB #82018
Attorney at Law
1000 S.W. Vista Avenue, Suite 307
Portland, Oregon 97205
Telephone (503) 226-2671
Facsimile (503) 525-0679

1                        3. For Plaintiff's's costs of suit in the amount of $631.88.

2                        4. For postjudgment interest against all amounts awarded under

3 paragraphs C(1), (2) and (3) herein at the rate as determined under 28 U.S.C. Sec. 1961, to accrue

4

5 from the date of entry of this judgment, until paid.

6            2. Defendants John and Mary Does 1-50, John and Mary Doe Partnerships, Corporations

7 or other Entities 1-50 shall have a judgment of dismissal in favor of themselves, without

8 prejudice, and without costs or attorney fees.

9            3. Defendant Lorenzo Barosso Barosso shall have a judgment of dismissal in his favor,

10

11 with prejudice, and without costs or attorney fees, only as to Plaintiff's claim for Shareholder

12 Liability.

13            4. Execution and all other legal and equitable judgment enforcement remedies may issue

14 immediately on all amounts awarded under this judgment.

15            DATED: Portland, Oregon, on this __25__ day of May, 2000.

16

17

18                           _____

                              Honorable Robert E. Jones, United States

19                              District Court Judge, District of Oregon

20                              Approved as to form only:

21

22                              ALLEN, YAZBECK, O'HALLORAN

                                & HANSON

23

24                              F. Gordon Allen, OSB #77010

                              Telephone: (503) 227-2242

25                              Attorney for Defendants Lorenzo

                              Barosso Barosso, Grupo Lorba aka

26                              Lorba Industries S.A. DE C.V. and

Page                              Carlos Salazar dba Alpha Enterprises

     3 - JUDGMENT

DALE H. (HAL) SCHOFIELD, OSB #82018
Attorney at Law
1000 S.W. Vista Avenue, Suite 307
Portland, Oregon 97205
Telephone (503) 226-2671
Facsimile (503) 525-0679

1.  Presented by:

2

3   Dale H. (Hal) Schofield
    OSB #82018

4   Telephone: (503) 226-2671
    Attorney for Plaintiff Pac West Transport

5   Services, Inc.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page

       4 - JUDGMENT

DALE H. (HAL) SCHOFIELD, OSB #82018
Attorney at Law
1000 S.W. Vista Avenue, Suite 307
Portland, Oregon 97205
Telephone (503) 226-2671
Facsimile (503) 525-0679